**ORIGINAL**

(28)
6-4-01

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES BUCHANAN,<br>**Plaintiff** | : <br> : <br> :    No. 1:00-CV-1031 |
| v. | :    M J Snyser<br>:    (Judge Rambo) |
| COMMONWEALTH OF PENNSYLVANIA,<br>DEPARTMENT OF CORRECTIONS, et al.,<br>**Defendants** | : <br> : <br> : |

**FILED**
JUN 0 1 2001
HARRISBURG, PA. / DEPUTY CLERK

## DEFENDANTS' MOTION IN LIMINE

Defendants, William Love, William Harrison, James Tice and the Department of Corrections, by their attorneys, hereby respectfully move for the Court to exclude from trial any testimony by Pastor Richard Adams regarding Defendant Tice's character. Defendants have filed a brief in support of this motion.

**WHEREFORE**, defendants' motion *in limine* should be granted.

                                            Respectfully submitted,

                                            **D. MICHAEL FISHER**
                                            Attorney General

By: _____
                                            **SARAH C. YERGER**
                                            Deputy Attorney General
                                            Attorney ID# 70357

                                            **SUSAN J. FORNEY**
                                            **Chief Deputy Attorney General**
                                            **Chief, Litigation Section**

**OFFICE OF ATTORNEY GENERAL**
15th Fl., Strawberry Square
Harrisburg, PA 17120
(717) 705-2503
E-mail Address: syerger@attorneygeneral.gov

**Date: June 1, 2001**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES BUCHANAN,<br>    Plaintiff<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA,<br>DEPARTMENT OF CORRECTIONS, et al.,<br>    Defendants | :<br>:<br>:  No. 1:00-CV-1031<br>:<br>:  (Judge Rambo)<br>:<br>:<br>: |

### CERTIFICATE OF NONCONCURRENCE

I, SARAH C. YERGER, Deputy Attorney General, hereby certify that concurrence in the foregoing motion was sought from opposing counsel and denied.

*[signature]*
SARAH C. YERGER
Deputy Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES BUCHANAN,<br>    Plaintiff | :<br>:<br>:   No. 1:00-CV-1031 |
| v. | :<br>:   (Judge Rambo) |
| COMMONWEALTH OF PENNSYLVANIA,<br>DEPARTMENT OF CORRECTIONS, et al.,<br>    Defendants | :<br>:<br>: |

### CERTIFICATE OF SERVICE

I, SARAH C. YERGER, Deputy Attorney General, hereby certify that I have this day served the foregoing Defendants' Motion in Limine, by causing copies of it to be placed in the U.S. Mail, first class, postage prepaid, at Harrisburg, Pennsylvania, and addressed as follows:

**Anser Ahmad, Esquire
8150 Derry Street
Harrisburg, PA 17111-5260**

                                                SARAH C. YERGER
                                                Deputy Attorney General
                                                Litigation Section

DATE: June 1, 2001